UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00053 |
| | ) | JUDGE CAMPBELL |
| JERRY CHARLES NELSON, JR. | ) | |

ORDER

The Court has received the mandate from the Sixth Circuit Court of Appeals in this case. Accordingly, the Court will hold a status conference on February 10, 2014, at noon. The Defendant shall attend the status conference.

It is so ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE